UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC ROBINSON | CIVIL ACTION |
| VERSUS | NO. 17-10485 |
| AMBER VICTORIO, MARY ANTHONY | SECTION: "A" (5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Eric Robinson is transferred to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this __8th__ day of __November__, 2017.

_____
UNITED STATES DISTRICT JUDGE